ELIZA SATCHWELL, widow, individually, &c., appellant,

*v.*

FRANCES WARNER, respondent.

[Decided April 25th, 1941.]

*Mr. Frederick B. Richards* and *Mr. Jerome C. Eisenberg,* for the appellant.

*Messrs. Mulligan & Koenig,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Bigelow, and reported at *127 N. J. Eq. 544.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, COLIE, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, THOMPSON, JJ. 15.

*For reversal*—None.